**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MARTHA MARTINEZ, et al.,

Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,

Defendants.

No. 1:26-CV-01042 KG/JFR

**ORDER GRANTING JOINT MOTION TO SET ANSWER AND SCHEDULING DEADLINES IN RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Before the Court is the parties' Joint Motion to Set Answer and Scheduling Deadlines in Response to Plaintiffs' First Amended Complaint, as filed by Plaintiffs, Fluor Federal Services, Inc. ("Fluor"), and ATCS, Inc. ("ATCS"). Having considered the Joint Motion and finding good cause, the Court **ORDERS** as follows:

1. **Leave to File First Amended Complaint.** Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 27) is **GRANTED**. The First Amended Complaint (Exhibit 3 to ECF No. 27) shall be deemed filed as of the date of this Order.

2. **Response Deadline for Fluor and ATCS.** The deadline for Defendants Fluor and ATCS to answer or file motions under Rule 12 of the Federal Rules of Civil Procedure in response to the First Amended Complaint shall be the later of: (a) sixty (60) days after service of the First Amended Complaint on Defendant FEMA is accomplished; or (b) twenty-one (21) days after Plaintiffs file with the Court a return of service showing that service on Defendant FEMA has been accomplished.

3. **Rule 16(b) Scheduling Order Deadline.** Pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court finds good cause to set the deadline for the issuance of a Rule 16(b) scheduling order. The deadline for a scheduling order under Rule 16(b) is reset to the ninetieth (90th) day after Defendant FEMA has been served with the First Amended Complaint.

4. **Rule 26(f) Conference Deadline.** The deadline for the parties' Rule 26(f) conference, and all other Rule 26 deadlines calculated by reference to that conference, shall be determined as provided in Rule 26 based on the Rule 16(b) deadline set in the paragraph above.

Dated the 21st day of September, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.