**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**MARTHA MARTINEZ, et al.,**

**Plaintiffs,**

**vs.** **Case No. CIV 26-1042 KG/JFR**

**FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,**

**Defendants.**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT A2K, INC. TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

The Court, having considered the Stipulated Motion for Extension of Time for Defendant A2K, Inc. to Answer Plaintiffs' First Amended Complaint, grants said Motion. Defendant A2K, Inc.'s Answer will now be due on November 10, 2026.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.